IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| CHARLES ANTHONY DAVIS,<br><br>　　　　Petitioner<br><br>　　v.<br><br>DAVID E. ORTIZ, WARDEN<br><br>　　　　Respondent | Civ. Action No. 19-10040(RMB)<br><br>**ORDER** |

　　For the reasons set forth in the accompanying Opinion,

　　**IT IS** therefore on this **6th day of May 2020**,

　　**ORDERED** that Petitioner's motion for default judgment (ECF No. 14) is **DISMISSED** as moot; and it is further

　　**ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED** for lack of jurisdiction; and it is further

　　**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion on Petitioner by regular U.S. mail; and it is further

　　**ORDERED** that the Clerk shall close this matter.

　　　　　　　　　　　　　　　　　s/Renée Marie Bumb
　　　　　　　　　　　　　　　　　**RENÉE MARIE BUMB**
　　　　　　　　　　　　　　　　　**United States District Judge**